Argued January 20, affirmed January 20, petition for review denied March 30, 1971

STATE OF OREGON, *Respondent, v.*
JOCELYN McCOY, *Appellant.*

479 P2d 247

*Richard C. Owens,* Springfield, argued the cause for appellant. On the brief were Babcock & Ackerman and Robert L. Ackerman, Springfield.

*Jacob B. Tanzer,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

MEMORANDUM DECISION

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.